[No. 19363–5–I. Division One. September 6, 1988.]

*In the Matter of the Marriage of* MARSHA KEPKA, *Respondent, and* GARY KEPKA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–3–00356–3, Liem E. Tuai, J., entered September 26, 1986. *Reversed* by unpublished opinion per Winsor, J., concurred in by Pekelis, J., Scholfield, C.J., dissenting.

[No. 20331–2–I. Division One. September 6, 1988.]

LEN ESERHUT, *Appellant,* v. STEVE HEISTER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 85–2–09937–1, John W. Riley, J., entered April 6, 1987. *Reversed* by unpublished opinion per Webster, J., concurred in by Coleman, A.C.J., and Schumacher, J. Pro Tem. Now published at 52 Wn. App. 515.

[No. 19884–0–I. Division One. September 6, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. STANLEY ERIC CHRISTIANSEN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–03301–3, Stephen M. Reilly, J., entered January 13, 1987. *Affirmed* by unpublished opinion per Webster, J., concurred in by Swanson, J., Winsor, J., dissenting.